United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES MCGEHEE,<br>Plaintiff,<br>v.<br>ARSALANE, et al.,<br>Defendants. | Case No. 26-cv-06598-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a *pro se* civil rights action. On August 3, 2026, the Court's July 17, 2026 Order Granting Leave to Proceed *In Forma Pauperis* was returned to the Court as undeliverable with the notation that Plaintiff was no longer in custody. ECF No. 4. N.D. Cal. Civil L.R. 3-11 provides that the Court may dismiss a complaint without prejudice when: (1) court mail addressed to the *pro se* party has been returned to the court as not deliverable, and (2) the Court fails to receive within 60 days of this return a written communication from the *pro se* party indicating a current address. *See* N.D. Cal. Civil L.R. 3-11(b). More than sixty days has passed since court mail addressed to Plaintiff was returned as undeliverable. Accordingly, the Court DISMISSES this case without prejudice pursuant to N.D. Cal. Civil L.R. 3-11. Because the dismissal is without prejudice, Plaintiff may move to reopen this case. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: October 14, 2026

JON S. TIGAR
United States District Judge